Peter Strojnik
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2020

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PETER STROJNIK

Plaintiff,

vs.

CHRISTIANIA LODGE AT VAIL, LTD

Defendant.

Case No: 1:20-cv-00034- WJM-GPG

**APPLICATION FOR THE ENTRY OF DEFAULT**

Defendant was served with process on February 27, 2020. See Dkt. 14, Exhibit 1 hereto. It includes the date of service, to wit, February 27, 2020. No responsive pleading has been received within the time limit imposed by Federal Rules of Civil Procedure or the Court. Defendant has failed to plead or otherwise defend. Therefore, Plaintiff respectfully requests that the Clerk enter Defendant's default.

I verify under the penalty of perjury that the above is true and correct to the best of my knowledge, information and belief.

RESPECTFULLY SUBMITTED this 19th day of June 2020.

PETER STROJNIK
Plaintiff

The original mailed this 19th day of June 2020, to the District Court.

Copies distributed as follows:

Paul R. Johnson
Christiana Lodge at Vail, LTD

1  356 Hanson Ranch Rd.
2  Vail, CO 81657
   ***By certified mail***
3
   /s/
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

Case 1:20-cv-00034-NYW   Document 13   Filed 02/21/20   USDC Colorado   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2020

JEFFREY P. COLWELL
CLERK

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christiania Lodge at Vail LTD.
was received by me on *(date)* 2/24/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Isabel, Assistant Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Christiania Lodge at Vail LTD. 356 Hanson Ranch Rd Vail CO 81657 on *(date)* 2/27/20 ; @

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

*Franki Hall* 2/29/20
Server's signature

Franki Hall   Process Server
Printed name and title

312 11th Ave Longmont CO 80501
Server's address

Additional information regarding attempted service, etc:

3